**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00207-CV**
_____

**IN RE MOUNTAIN VALLEY INDEMNITY CO.
AND SHANE WADDELL**

**Original Proceeding
60th District Court of Jefferson County, Texas
Trial Cause No. B-204,896**

**ORDER**

Mountain Valley Indemnity Company and Shane Waddell, Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number B-204,896, *James Warren Stutts v. Mountain Valley Indemnity Company, et. al*. Relators seek a writ compelling the Honorable Justin Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to vacate the court's June 23, 2022 Order and June 23, 2022 Amended Order, and to order the trial court to deny the Plaintiff's motion to compel. *See* Tex. Gov't Code Ann. § 22.221.

1

Relators request that the Court of Appeals stay the trial court's June 23, 2022 Orders while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the relief granted in the trial court's June 23, 2022 Orders is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Party in Interest, James Warren Stutts, is due July 11, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED June 30, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2